IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX MATTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC; and ENCORE CAPITAL GROUP, INC.,<br><br>    Defendants.<br>_____ | 2:12-cv-01432-GEB-GGH<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

    The status (pretrial scheduling) conference scheduled for hearing on October 15, 2012, is vacated since the parties' Joint Status Report filed on September 21, 2012 ("JSR") indicates the following Order should issue.

    SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

    The parties state in the JSR that any "application to join any person as a party" and any "application to amend the pleadings" shall be made on or before October 25, 2012. (JSR ¶¶ 2-3.)

    The parties have until October 25, 2012, to file a motion in which leave is sought to join a party and/or amend the pleadings under Federal Rule of Civil Procedure 15(a), after which time no further service, joinder of parties, or amendments to the pleadings is permitted, except with leave of Court for good cause shown. Any such motion must be noticed for hearing on the Court's earliest available law and motion date.

1 | DISCOVERY

2 | All discovery shall be completed by March 22, 2013. In this
3 | context, "completed" means that all discovery shall have been conducted
4 | so that all depositions have been taken and any disputes relative to
5 | discovery shall have been resolved by appropriate orders, if necessary,
6 | and, where discovery has been ordered, the order has been complied with
7 | or, alternatively, the time allowed for such compliance shall have
8 | expired.

9 | Each party shall comply with Federal Rule of Civil Procedure
10 | 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on
11 | or before December 21, 2012, and any contradictory and/or rebuttal
12 | expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before
13 | January 21, 2013.

14 | MOTION HEARING SCHEDULE

15 | The last hearing date for a motion is May 20, 2013, commencing
16 | at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local Rule 230.

17 | The parties are cautioned that an untimely motion
18 | characterized as a motion in limine may be summarily denied.

19 | FINAL PRETRIAL CONFERENCE

20 | The final pretrial conference is set for July 29, 2013, at
21 | 3:30 p.m. The parties are cautioned that the lead attorney who WILL TRY
22 | THE CASE for each party shall attend the final pretrial conference. In
23 | addition, all persons representing themselves and appearing in propria
24 | persona must attend the pretrial conference.

---

[1] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." Portsmouth Square v. S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference. The joint pretrial statement shall address the applicable portions of Local Rule 281(b), and shall set forth each theory of liability ("claim") and affirmative defense which remains to be tried, and the ultimate facts on which each theory/defense is based. Furthermore, each party shall estimate the length of trial.[2] The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir. 1999)("There is no requirement that the court hold a pretrial conference.").

If feasible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov.

TRIAL SETTING

Trial shall commence at 9:00 a.m. on November 5, 2013.

IT IS SO ORDERED.

Dated:  October 10, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[2] If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

3