TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
ARVIN C. LUGAY (SBN 242599)
alugay@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for defendants
Midland Funding, LLC,
Midland Credit Management, Inc., and
Encore Capital Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX MATTSON, | CASE No.: 2:12-cv-01432-GEB-CKD |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY COMPLETION DATE** |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC., | |
| Defendants. | |

1  Whereas Plaintiff REX MATTSON ("Plaintiff") and Defendants MIDLAND FUNDING, LLC ("Midland"), MIDLAND CREDIT MANAGEMENT, INC. ("MCM"), and ENCORE CAPITAL GROUP, INC. ("Encore") ( collectively, "Defendants") hereby stipulate and agree as follows:

1. On October 10, 2012, this Court entered a Status (Pretrial Scheduling) Order stating that discovery in this case shall be completed by March 22, 2013.

2. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the deposition of defendant MCM's person most knowledgeable was noticed for March 12, 2013.

3. Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition of Plaintiff was noticed for March 19, 2013.

4. Due to a discovery scheduling conflict, Plaintiff postponed his deposition of defendant MCM's person most knowledgeable to a date after March 18, 2013.

5. Due to a serious illness, MCM's person most knowledgeable will be physically unable to participate in a deposition for the next thirty (30) to sixty (60) days from the date of this Stipulation.

6. In order to allow Plaintiff to take the deposition of MCM's person most knowledgeable, the parties stipulate and agree to continue the date for the completion of discovery in this case for an additional ninety (90) days.

7. The parties stipulate and agree to postpone the deposition of Plaintiff until MCM's person most knowledgeable is also available for deposition.

Therefore, the parties respectfully request this Honorable Court to enter an Order, extending the time to complete discovery by an additional ninety (90) days. The parties also respectfully request that the Court continue the trial and all existing pretrial deadlines ninety (90) days.

IT IS HEREBY STIPULATED.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |

DATED: March 15, 2013       By:   s/Amy L. Bennecoff
                                               KIMMEL & SILVERMAN, P.C.
                                               Amy L. Bennecoff
                                               Attorneys for Plaintiff Rex Mattson

DATED: March 15, 2013       By:   s/Arvin C. Lugay
                                               SIMMONDS & NARITA LLP
                                               TOMIO B. NARITA
                                               ARVIN C. LUGAY
                                               Attorneys for Defendants
                                               Midland Funding, LLC,
                                               Midland Credit Management Inc., and
                                               Encore Capital Group, Inc.

The discovery completion date is July 9, 2013.  The last hearing date for law and motion is September 9, 2013 at 9:00 a.m.  The pretrial conference is rescheduled for November 4, 2013 at 3:30 p.m.  A joint pretrial statement shall be filed seven days prior to the hearing.  The trial is rescheduled for February 14, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge