IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX MATTSON, ) | |
| ) | 2:12-cv-01432-GEB-CKD |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE: SETTLEMENT AND |
| ) | DISPOSITION |
| MIDLAND FUNDING, LLC, MIDLAND ) | |
| CREDIT MANAGEMENT, INC., and ) | |
| ENCORE CAPITAL GROUP, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

        Defendants filed a "Notice of Settlement" on June 22, 2013, in which they state: "Plaintiff . . . has settled his case with Defendants . . . . The parties are in the process of finalizing the settlement agreement and anticipate filing a joint request for dismissal, with prejudice, within twenty-one (21) days pursuant to Local Rule 160." (ECF No. 15.)

        Therefore, a dispositional document shall be filed no later than August 12, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure

1  to file dispositional papers on the date prescribed by the Court may be
2  grounds for sanctions.").
3          IT IS SO ORDERED.
4  Dated:  July 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge